UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: DMCA Subpoena to LinkedIn Corp.

Case No. 1:21-cv-0024

**DECLARATION OF
ADAM C. SHERMAN**

I, Adam C. Sherman, Esq., declare, under penalty of perjury, as follows:

1. I am over the age of 18 and am competent to testify to the matters contained here. I have personal knowledge of the matters contained in this Declaration.

2. I am an attorney with the law firm of Vorys, Sater, Seymour and Pease LLP. I represent ActivePure Technologies LLC and its affiliates ("ActivePure"), which owns the copyright to the job description at issue in this matter.

3. ActivePure discovered the LinkedIn Account, located at the URL https://www.linkedin.com/in/janiyah-cynthia. The LinkedIn Account purportedly belonged to an individual named Janiyah Cynthia and misrepresented this individual as the "Head of Human Resources at ActivePure." The LinkedIn Account posted a job description created by ActivePure for a Web Developer position at this URL: https://www.linkedin.com/jobs/view/web-developer-at-activepure-2692573669. The job description contained copyrighted material and thus infringed ActivePure's copyright.

4. The LinkedIn Account was hosted by LinkedIn Corp. ("LinkedIn").

5. ActivePure seeks to subpoena LinkedIn for documents containing identifying information relating to the identity of the person who that created and/or

controlled the LinkedIn Account at https://www.linkedin.com/in/janiyah-cynthia, as this person posted the infringing job description.

      6.      The objective of subpoenaing LinkedIn is to obtain the identity of the alleged infringer, and such information that ActivePure obtains from LinkedIn will only be used for the purpose of protecting ActivePure's rights under 17 U.S.C. § 101, *et seq.*

      7.      Attached as Exhibit 1 to this Declaration is a true and correct copy of the notification sent to LinkedIn, pursuant to 17 U.S.C. § 512(C)(3)(A).

DATED: October 29, 2021

/s/ Adam C Sherman  
Adam C. Sherman, Esq.

## Sherman, Adam C.

| | | |
|---|---|---|
| **From:** | Sherman, Adam C. | |
| **Sent:** | Monday, August 30, 2021 5:24 PM | Exhibit 1 to Sherman Declaration |
| **To:** | 'copyright_agent@linkedin.com' | |
| **Subject:** | DMCA Notice | |

I am outline counsel for ActivePure Technologies LLC and its affiliates ("ActivePure").  My contact information is below.  Please retain information concerning the poster of the infringing work, as we anticipate serving a subpoena requesting product of it.

The infringing material at issue is a job description created by ActivePure and originally posted to Indeed.com.  You can view the copyrighted work here:  https://www.indeed.com/jobs?q=Activepure&l=Dallas%2C%20TX&vjk=314dfcbbfb46c3f6&advn=1982154150604659

The infringing material, posted by LinkedIn User "Janiyah Cynthia,"  is currently posted here:  https://www.linkedin.com/jobs/view/2692573669/

have a good faith belief that the use of the material in this manner is not authorized by the copyright owner, its agent, or the law.

The information in this notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner of the copyrights.


/s/ Adam Sherman



### Adam C. Sherman

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
**www.vorys.com**

# Sherman, Adam C.

| | |
|---|---|
| **From:** | Sherman, Adam C. |
| **Sent:** | Monday, August 30, 2021 5:24 PM |
| **To:** | 'copyright_agent@linkedin.com' |
| **Subject:** | DMCA Notice |

I am outline counsel for ActivePure Technologies LLC and its affiliates ("ActivePure").  My contact information is below.  Please retain information concerning the poster of the infringing work, as we anticipate serving a subpoena requesting product of it.

The infringing material at issue is a job description created by ActivePure and originally posted to Indeed.com.  You can view the copyrighted work here:  https://www.indeed.com/jobs?q=Activepure&l=Dallas%2C%20TX&vjk=314dfcbbfb46c3f6&advn=1982154150604659

The infringing material, posted by LinkedIn User "Janiyah Cynthia," is currently posted here:  https://www.linkedin.com/jobs/view/2692573669/

have a good faith belief that the use of the material in this manner is not authorized by the copyright owner, its agent, or the law.

The information in this notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner of the copyrights.


/s/ Adam Sherman



### Adam C. Sherman

Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202

Direct: 513.723.4680
Fax: 513.852.8468
Email: acsherman@vorys.com
**www.vorys.com**